UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED

NOV 1 8 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

UNITED STATES OF AMERICA     §

VS     §     NO. SA-97-CR-218-2-FB

ISRAEL SOTO     §

## ORDER

BE IT REMEMBERED that on this date came on for consideration the

Defendant's Motion For Substitution Of Counsel and it is hereby ORDERED that this

motion is

GRANTED, and Bernard Campion is substituted as counsel of record for defendant Israel Soto. Jack Pytel is terminated as counsel of record for defendant. ~~DENIED~~.

SIGNED and ENTERED this __18__ day of __November__, 2005.

FRED BIERY,
UNITED STATES DISTRICT JUDGE