# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:97-CR-00218(2)-FB |
| | § | |
| (2) Israel Soto | § | |

## ORDER SETTING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for FINAL REVOCATION HEARING in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on Friday, March 14, 2014 at 08:30 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 3rd day of March, 2014.

_____
FRED BIERY
CHIEF U.S. DISTRICT JUDGE

Charlie Strauss, Erica Benites Giese for USA
James Leonard Rodriguez for Israel Soto PS(Rebecca Sahd) PO(Erika Lugo)